IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-419-RAH-KFP |
| ) | |
| NEPTUNE TECHNOLOGY GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On September 3, 2020, the Magistrate Judge entered a Recommendation (Doc. 10) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The case is DISMISSED without prejudice for Plaintiff's failure to prosecute and comply with the orders of the Court.

A separate Final Judgment will be entered.

DONE, this 1st day of October, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE